**Whitney C. PHILLIPS, Plaintiff–Appellant,**

v.

**Maggie MILLER; et al., Defendants–Appellees.**

No. 09–35139.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.[*]

Filed June 21, 2010.

Whitney C. Phillips, Seattle, WA, pro se.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM[**]

Whitney C. Phillips, a former Washington state prisoner, appeals pro se from the district court's judgment dismissing with prejudice his 42 U.S.C. § 1983 action alleging that prison officials unlawfully detained

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

him almost three weeks past his early release date. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly concluded that Phillips's action is barred by the applicable three-year limitations period. *See* Wash. Rev.Code § 4.16.080(2); *see also Bagley v. CMC Real Estate Corp.*, 923 F.2d 758, 760 (9th Cir.1991).

We deny Phillips's request for appointment of counsel because he fails to establish exceptional circumstances for such appointment. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir.1986).

We do not consider issues raised for the first time on appeal. *See Foti v. City of Menlo Park*, 146 F.3d 629, 638 (9th Cir. 1998).

**AFFIRMED.**